IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LINDSAY CHENEY, JR.,    No. 2:17-CV-0259-MCE-CMK

    Plaintiff,

  vs.    ORDER

COUNTY OF BUTTE, et al.,

    Defendants.

_____/

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court are plaintiff's (1) motion for default judgment (Doc. 7) and (2) motion for an order to show cause (Doc. 9).

In his motion for default judgment, plaintiff seeks judgment in his favor based on defendants' failure to respond to the complaint. In his motion for an order to show cause, plaintiff seeks an order directing the Clerk of the Court to show cause why entry of default was declined (see Doc. 8). Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of the Court must enter a party's default when that party has failed to plead or otherwise defend. In this case, the court has not yet determined that the complaint is appropriate for service and, as a result, no defendant has been required to file a responsive pleading. For this reason, the court finds that the

1

Clerk of the Court appropriately declined to enter defendants' default and that plaintiff's motion for a default judgment is premature.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for default judgment (Doc. 7) is denied as premature; and

2. Plaintiff's motion for an order to show cause (Doc. 9) is denied.

DATED: February 14, 2018

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE